UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 1:26-cv-02407-SBP

BRANDON UDEME,

Plaintiff,

v.

LUCKY JOE'S GARAGE LLC,

Defendant.

______________________________________/

## NOTICE OF SETTLEMENT

Plaintiff Brandon Udeme submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 23, 2026

Respectfully Submitted,

/s/ Samuel J. Awad
**SAMUEL J AWAD, ESQ.**
Florida Bar No.: 1058426
(Barred in the Federal District Court of Colorado)
E-mail: samuel@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2026, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Samuel J. Awad
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com



**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com