**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CASE No 1:26-cv-02407-SBP

**BRANDON UDEME**
*individually and on behalf of all*
*others similarly situated*

Plaintiff,
vs.

**LUCKY JOE'S GARAGE LLC,**

Defendant(s).
____________________________________/

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Brandon Udeme, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice of Defendant in the above styled action. Defendant has not filed an answer or motion for summary judgment.

DATED: September 23, 2026

Respectfully Submitted,

/s/ Samuel J. Awad .
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
(Barred in the Federal District Court of Colorado)
E-mail: samuel@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Samuel J. Awad .
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
(Barred in the Federal District Court of Colorado)
E-mail: samuel@jibraellaw.com